UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

RONALD G. BUELL,

    Defendant.

- - - - - - - - - - - - - - - - - x

ORIGINAL

**INFORMATION**

15 Cr.    (AJN)

**15 CRIM 385**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 8 2015

## COUNT ONE

The United States Attorney charges:

1. From at least in or about October 2011, through at least in or about November 2013, in the Southern District of New York and elsewhere, RONALD G. BUELL, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, a violation of Title 18, United States Code, Sections 666(a)(1)(B) and 666(a)(2).

2. It was a part and object of the conspiracy that, RONALD G. BUELL, the defendant, an agent of a local government and an agency thereof, to wit, the New York City Police Department, willfully, knowingly and corruptly, would and did solicit and demand for the benefit of a person, and accept and agree to accept, something of value, intending to be influenced and rewarded in connection with a business, transaction, and

series of transactions of such government and agency, involving something of value of $5,000 and more, said government and agency receiving, in a one-year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance and other form of Federal assistance, in violation of Title 18, United States Code, Section 666(a)(1)(B).

## OVERT ACT

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

    a. In or about July 2012, RONALD G. BUELL, the defendant, deposited into his bank account a check from Investigative Resource Group, Inc. in the amount of $500.

(Title 18, United States Code, Section 371.)

_/s/ Preet Bharara_
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RONALD G. BUELL,

Defendant.

INFORMATION

15 Cr.       (AJN)

(18 U.S.C. § 371.)

PREET BHARARA
United States Attorney.